# In The United States Court of Federal Claims

Cover Sheet 06-2 C

Plaintiff(s) or Petitioner(s)
Popple Construction, Inc.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Raymond P. Wendolowski, Esquire

Firm Name: Law Office of Raymond P. Wendolowski

Post Office Box: P.O. Box 1313

Street Address: 202 Main Street, Laflin, PA 18702

City-State-Zip: Wilkes-Barre, PA 18703-1313

Telephone & Facsimile Numbers: (T) 570-270-9180; (F) 570-270-9182

E-mail address: rwendolowski@adelphia.net

Is the attorney of record admitted to the Court of Federal Claims Bar? No
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 0 0

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: A R M

**See attached Sheet for three digit code.**

Amount Claimed: $ 968,955.84

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003