IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| POPPLE, CONSTRUCTION, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-2C |
| v. | ) | |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant, the United States, respectfully requests that the Court enlarge by 30 days, to and including April 5, 2006, the time within which we may respond to the plaintiff's complaint. Defendant’s response is currently due on March 6, 2006. This is the Government's first such request. Counsel for plaintiff has represented that plaintiff does not oppose this motion.

The Army Corps of Engineers has appointed agency counsel in this matter and defendant’s counsel has arranged with agency counsel to gather the information necessary to formulate an appropriate response to the plaintiff’s complaint. Agency counsel has prepared a litigation report, and is sending relevant information to defendant’s counsel. However, we will require an additional 30 days to formulate an appropriate response and submit that response for required internal Department of Justice review.

Granting this enlargement should not cause any material inconvenience, prejudice, or delay. Accordingly, we respectfully request that the Court enlarge by 30 days, from March 6, 2006 to and including April 5, 2005, the due date for the defendant's response to plaintiff’s complaint.

Respectfully submitted,

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

March 3, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2006, a copy of the foregoing DEFENDANT"S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.