IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| POPPLE, CONSTRUCTION, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-2C |
| v. | ) | |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

# JOINT PRELIMINARY STATUS REPORT

______Pursuant to Appendix A, Part III, of the Rules of the United States Court of Federal Claims ("RCFC"), the parties submit the following Joint Preliminary Status Report.

**1. Jurisdiction**

______Popple Construction, Inc., asserts jurisdiction pursuant to the Tucker Act, 28 U.S.C. § 1491, and the Contract Disputes Act of 1978, 41 U.S.C. § 601 et seq.. At this time, the United States knows of no reason to question the Court's jurisdiction.

**2. Consolidation**

______This case should not be consolidated with any other case.

**3. Bifurcation**

______The parties agree that the trial of liability and damages should not be bifurcated.

**4. Deferral**

______The parties are not aware of any related cases currently pending in this or any other tribunal and, accordingly, the proceedings in this case should not be deferred pending consideration of any other case.

**5. Remand/Suspension**

______Neither party will seek to remand or suspend this case.

**6. Joinder of Additional Parties**

______At this time, neither party intends to join additional parties.

**7. Motions Pursuant to RCFC 12(b), 12(c) or 56**

______No motions pursuant to RCFC 12(b), 12(c) or 56 have been filed. At this time, the parties have not determined whether they will file any dispositive motions following the close of discovery.

**8. Relevant Questions**

Whether the Government is liable to Popple for additional compensation for its use of uncompacted lifts of 6, rather than 8 inches, and, if so, how much.

Whether an authorized Governmental instruction contrary to the contract or the circumstances of the project caused Popple to use 6 rather than 8 inch uncompacted lifts.

Whether the contract contained a provision, or the Government otherwise guaranteed Popple that it would be able to reuse the riprap that it allegedly understood was available for reuse.

Whether the amount of new riprap that Popple used exceeded the amount that it should have reasonably expected to use to complete the project.

**9. Settlement**

______At this time, the parties believe it is too early in the litigation to provide an opinion as to the likelihood of settlement. The parties will consider settling some or all of the claims as this litigation progresses.

**10. Trial**

______If this matter cannot be resolved through settlement, the parties anticipate that the case will proceed to trial if dispositive motions are not filed or, if filed, do not dispose of the matter. Neither party requests an expedited trial schedule.

**11. Electronic Case Management**

______This case is already designated as an electronic filing case and counsel for both parties are certified for Electronic Case Management.

**12. Additional Issues**

______The parties are unaware of any additional information that the Court should be aware of at this time.

**13. Proposed Discovery Plan**

______Pursuant to RCFC Appendix A, ¶ 5, the parties propose the following discovery plan:

a. Initial Disclosures pursuant to RCFC 26(a)(1) shall be served on or before August 1, 2006.

b. The parties propose that a party may serve upon any other party up to 25 interrogatories, including all discrete subparts, pursuant to RCFC 33.

c. All fact discovery in this action shall be completed on or before June 1, 2007.

d. On or before June 29, 2007, the parties shall file a Joint Status Report informing the Court of the need for expert discovery and further proceedings, as well as the likelihood of settlement.

Respectfully submitted,

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Raymond P. Wendolowski, Esq.
RAYMOND P. WENDOLOWSKI, ESQ.
P.O. Box 1313
Wilkes-Barre, PA 18703-1313
Tel: (570) 270-9180
Fax: (570) 270-9182

Attorney for Plaintiff

s/ James D. Colt
JAMES D. COLT
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

Attorneys for Defendant

May 30, 2006

NOTICE OF FILING

I hereby certify that on this 30th day of May, 2006, a copy of the foregoing JOINT PRELIMINARY STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ James D. Colt