# In the United States Court of Federal Claims

No. 06-2C
Filed July 13, 2006

***********************************
POPPLE, CONSTRUCTION, INC., *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *
***********************************

**ORDER**

The parties will file a Joint Status Report on or before **October 13, 2006** indicating the status of discovery and the likelihood of settlement, and proposing a schedule aimed at bringing this case to trial in June or July of 2007.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**