IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| POPPLE, CONSTRUCTION, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-2C |
| v. | ) | |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's order dated July 13, 2007, the parties respectfully file this joint status report. With respect to discovery, the parties have discussed the types and quantity of discovery that they anticipate they will require. Defendant is in the process of hiring an expert and anticipates that it will serve a request for production of documents in the next one to two weeks. At this time, the parties do not know the likelihood of settlement.

The parties propose the following schedule which will allow for trial of this matter in July 2007:

| Event | Date Completed |
|---|---|
| Fact discovery | February 28, 2007 |
| Exchange of expert reports | March 23, 2007 |
| Expert depositions | April 27, 2007 |
| Meeting of counsel | May 11, 2007 |
| Plaintiff's memorandum of fact and law | May 25, 207 |
| Defendant's memorandum of fact and law | June 22, 2007 |

Respectfully submitted,

PETER D. KEISLER.
Assistant Attorney General

DAVID M. COHEN
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Raymond P. Wendolowski, Esq.
RAYMOND P. WENDOLOWSKI, ESQ.
P.O. Box 1313
Wilkes-Barre, PA 18703-1313
Tel: (570) 270-9180
Fax: (570) 270-9182

Attorney for Plaintiff

s/ Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L. Street, NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tel: (202) 305-7562
Fax: (202) 305-7643

Attorneys for Defendant

October __, 2006

NOTICE OF FILING

I hereby certify that on this 13th day of October, 2006, a copy of the foregoing JOINT STATUS REPORT was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael N. O'Connell