# In the United States Court of Federal Claims

No. 06-2C

Filed: November 13, 2006

| | |
|---|---|
| POPPLE, CONSTRUCTION, INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**SCHEDULING ORDER**

In accordance with the schedule proposed in the parties' October 13, 2006 Joint Status Report, the court orders the following schedule:

1. **Fact Discovery**: All fact discovery, including all depositions, will conclude on or before **February 28, 2007**.

2. **Expert Reports**: All expert reports will be exchanged by the parties on or before **March 23, 2007**.

3. **Expert Depositions**: The parties will complete expert depositions on or before **April 27, 2007**.

4. **Meeting of Counsel**: A meeting of counsel will occur on or before **May 11, 2007**.

5. **Memorandum of Contentions of Fact and Law**: Plaintiff will file a memorandum of contentions of fact and law in accordance with ¶ 14(a) of Appendix A on or before **May 25, 2007**. Defendant will file a responsive memorandum of contentions of fact and law in accordance with ¶ 14(b) of Appendix A on or before **June 22, 2007**.

6. **Pretrial Conference**: A pretrial telephone conference will be held **August 9, 2007** at 2:00 p.m. EST.

7. **Trial**: Trial will be held on **August 20, 2007**. Trial will begin at 9:00 a.m. on each day. Trial will be held at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**