IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| POPPLE CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-2C |
| v. | ) | |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6.1 of the Rules of the Court of Federal Claims, defendant respectfully requests an enlargement of 27-days to the discovery and pretrial schedule. Defendant's counsel has discussed this motion with counsel for Popple Construction, Inc. ("Popple"), which does not oppose this motion. This is defendant's first request for an enlargement of time for this purpose.

In support of this motion, defendant states that on November 6, 2006, defendant served its first request for production of documents upon Popple. The documents that defendant requested included Popple's financial statements, and its bid file and foreman's logs for the construction project at issue. With respect to the financial statements, Popple initially objected to producing these documents. Counsel thereafter met and conferred several times by telephone. On January 22, 2007, Popple agreed to produce these documents. However, as of this filing, defendant has not received the financial statements, although counsel for Popple has informed defendant's counsel that he mailed them on February 22, 2007.

In its response to defendant's request for production of documents, Popple agreed to produce its bid file. Defendant has received some documents from Popple concerning its bid, but has not received any of the underlying documents that explain how Popple calculated its bid

prices. As of this filing, counsel for Popple has informed defendant that Popple is still searching for these documents.

Popple also agreed to produce its foreman's logs for the project. To date, Popple has produced no foreman's logs for 1998; it has produced a few isolated foreman's logs for 2000 and 2001. Popple produced a greater number of foreman's logs for 1999, but less than a complete set. As of this filing, counsel for Popple has informed defendant that Popple is still searching for these documents.

Assuming that Popple successfully produces the requested documents, the 27-day enlargement requested by defendant allows the parties to remain on schedule for trial the week of August 20, 2007. The dates defendant requests are as follows:

| Event | Current Date | Requested Date |
|---|---|---|
| Fact Discovery | February 28, 2007 | March 28, 2007 |
| Expert Reports | March 23, 2007 | April 20, 2007 |
| Expert Depositions | April 27, 2007 | May 25, 2007 |
| Meeting of Counsel | May 11, 2007 | June 7, 2007 |
| Popple Memo of Fact and Law | May 25, 2007 | June 21, 2007 |
| Defendant's Memo of Fact and Law | June 22, 2007 | July 19, 2007 |
| Pretrial Conference (**Remains Same**) | August 9, 2007 | August 9, 2007 |

Accordingly, defendant requests that the Court enlarge the discovery and pretrial schedule as set forth above.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 353-1618
(202) 514-8624 (fax)

March 1, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 1st day of March, 2007, a copy of the foregoing motion for enlargement was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Michael N. O'Connell