# In the United States Court of Federal Claims

No. 06-2C
Filed: June 28, 2007

************************************
POPPLE, CONSTRUCTION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
************************************

**SCHEDULING ORDER**

Pursuant to the June 13, 2007 telephone status conference, the court enters the following revised scheduling order:

1. **Memorandum of Contentions of Fact and Law**: Plaintiff will file a memorandum of contentions of fact and law in accordance with ¶ 14(a) of Appendix A on or before **August 17, 2007**. Defendant will file a responsive memorandum of contentions of fact and law in accordance with ¶ 14(b) of Appendix A on or before **September 14, 2007**.

2. **Pretrial Conference**: A pretrial telephone conference will be held **September 19, 2007** at 2:00 p.m. EST.

3. **Trial**: Trial will be held on **September 24, 2007 through October 5, 2007**. Trial will begin at 10:00 a.m. on each day. Trial will be held at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**