# In the United States Court of Federal Claims

No. 06-2C

Filed: August 8, 2007

***********************************
*
POPPLE, CONSTRUCTION, INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************

**ORDER**

For the reasons discussed in the August 8, 2007 status conference, Defendant's June 27, 2007 Motion *in Limine* is, hereby, denied.

A telephone status conference is scheduled for September 10, 2007 at 2 p.m.

**IT IS SO ORDERED.**

s/ Susan G. Braden

**SUSAN G. BRADEN**

**Judge**