# In the United States Court of Federal Claims

No. 06-2C

Filed September 10, 2007

***********************************

POPPLE, CONSTRUCTION, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

***********************************

**ORDER**

Defendant's August 29, 2007 Motion for Leave to Amend Its Answer to Assert Affirmative Defenses and Counterclaims is granted.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Judge**