IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| POPPLE CONSTRUCTION, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-2C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Rules of the Court of Federal Claims, the parties stipulate that this matter be dismissed with prejudice, and that each party will bear its own fees, costs, and expenses.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

s/Raymond P. Wendolowski
RAYMOND P. WENDOLOWSKI
P.O. Box 1313
Wilkes-Barre, PA 18703-1313
(570) 270-9180
Attorney for Plaintiff

Dated: May 19, 2008

JEANNE E. DAVISON
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Michael N. O'Connell
MICHAEL N. O'CONNELL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 353-1618
Attorneys for Defendant

Dated: May 12, 2008